IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

      Plaintiff,                     No. CIV S-09-0619 GEB EFB P

    vs.

D. SWINGLE, et al.,

      Defendants.              <u>ORDER</u>

_____/

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted a certified trust fund account statement in support of his application for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(2). However, he has not submitted a completed affidavit as required by 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff has 30 days from the date this order is served to submit the required affidavit. The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply with this order will result in a recommendation that this action be dismissed.

      So ordered.

Dated: April 13, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE