IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

          Plaintiff,                  No. CIV S-09-0619 GEB EFB P

     vs.

SWINGLE, et al.,

          Defendants.          ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The case proceeds on the June 14, 2010 second amended complaint, which alleges that defendants Swingle, Medina, Barker, Luther, and Harper were deliberately indifferent to plaintiff's serious medical needs in violation of the Eighth Amendment and that defendant Burgett retaliated against plaintiff for filing inmate appeals by confiscating plaintiff's wheelchair. On May 3, 2010, plaintiff filed a motion for a preliminary injunction, and thereafter supplemented that motion with additional declarations and requests. *See* Dckt. Nos. 26, 29, 30, 39, 42, 43, 44. The court construes these filings together, as a single motion for preliminary injunctive relief. Although defendants Swingle, Medina, and Barker have appeared in this action, they have not responded to plaintiff's motion.

////

1

1    Accordingly, IT IS HEREBY ORDERED that defendants shall file a response to

2  plaintiff's motion for a preliminary injunction no later than 14 days from the date of this order.

3  Dated:  January 7, 2011.

4

EDMUND F. BRENNAN
5                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26