1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MALIK JONES,

11            Plaintiff,                     No. CIV S-09-0619 GEB EFB P

12        vs.

13    D. SWINGLE, et al.,

14            Defendant.                      ORDER

15    _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19            On February 10, 2012, the magistrate judge filed findings and recommendations

20    herein which were served on plaintiff and which contained notice to plaintiff that any objections

21    to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed

22    objections to the findings and recommendations.

23            The court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25    ORDERED that:

26    ////

1

1          1.  The findings and recommendations filed February 10, 2012, are adopted in

2  full; and

3          2.  Plaintiff's remaining claims, not found colorable within the magistrate judge's

4  February 10, 2012 screening order, including those against defendants Wilcox and Blanthorn are

5  dismissed without prejudice due to plaintiff's failure to state a claim upon which relief may be

6  granted.

7  Dated:  April 27, 2012

8

9  _____
   GARLAND E. BURRELL, JR.
10 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2