IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

      Plaintiff,                         No. CIV S-09-0619 GEB EFB P

     vs.

D. SWINGLE, et al.,

      Defendant.                 <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 10, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The findings and recommendations filed February 10, 2012, are adopted in full; and

2. Plaintiff's remaining claims, not found colorable within the magistrate judge's February 10, 2012 screening order, including those against defendants Wilcox and Blanthorn are dismissed without prejudice due to plaintiff's failure to state a claim upon which relief may be granted.

Dated:  April 27, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge