1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MALIK JONES,

11              Plaintiff,              No. 2:09-cv-0619 GEB EFB P

12        vs.

13   D. SWINGLE, et al.,
                                        ORDER AND
14              Defendants.             FINDINGS AND RECOMMENDATIONS

15   _____/

16        Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights

17   action pursuant to 42 U.S.C. § 1983.  Plaintiff has made two attempts at providing information

18   for service of process on defendant Burgett, but the U.S. Marshal has been unable to serve

19   defendant Burgett based on the information provided.  Dckt. No. 77, 87, 93.  Because plaintiff

20   has been unable to locate defendant Burgett, and to avoid further delay in this action, defendant

21   Burgett must be dismissed, and the remaining defendants must respond to the complaint as

22   narrowed by the court's February 10, 2012 Screening Order.  *See* Fed. R. Civ. P. 4(m) (service of

23   process must be effected within 120 days of the filing of the complaint unless plaintiff

24   demonstrates good cause); Fed. R. Civ. P. 12(a)(1).

25   ////

26   ////

1

1    Accordingly, it is hereby ORDERED that defendants Swingle, Medina, Barker, Luther,

2  Harper, and Lankford respond to plaintiff's allegations in accordance with Rule 12(a)(1) of the

3  Federal Rules of Civil Procedure.

4    Further, it is hereby RECOMMENDED that defendant Burgett be dismissed without

5  prejudice.

6    These findings and recommendations are submitted to the United States District Judge

7  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

8  after being served with these findings and recommendations, any party may file written

9  objections with the court and serve a copy on all parties.  Such a document should be captioned

10  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

11  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

12  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

13  DATED:  March 7, 2013.

14

15    EDMUND F. BRENNAN

16    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26