**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendants

BARKER, HARPER and LUTHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK JONES,<br><br>                    Plaintiff,<br><br>v.<br><br>SWINGLE, et al.<br><br>                    Defendants. | No.  2:09-cv-00619-GEB-EFB<br><br>~~PROPOSED~~ ORDER ON DEFENDANTS' SECOND EX PARTE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS |

The current deadline for the parties to file dispositional documents in this action is March 17, 2014. (Docket No. 107) The defendants have filed a request asking that the deadline be extended to June 17, 2014. Having reviewed the moving papers, and good cause appearing, IT IS HEREBY ORDERED that the request is granted and the parties are to file their dispositional documents on or before June 17, 2014.

IT IS SO ORDERED.

DATED:  March 24, 2014

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE